FILED: December 30, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2409

(1:14-cv-00961-CMH-TCB)

_____

In re: DAVID A. STEBBINS

        Petitioner

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Date Petition Filed: | 12/29/2014 |
| Petitioner(s) | David A. Stebbins |
| Appellate Case Number | 14-2409 |
| Case Manager | Cathy Tyree Herb<br>804-916-2702 |