IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

Case No. 14-

| | | |
|---|---|---|
| in re DAVID STEBBINS | ) | On petition for writ |
| Petitioner | ) | of mandamus |
| | ) | |

**MOTION FOR ECF ACCESS**

Comes now, *pro se* Petitioner David Stebbins, who hereby submits the following Motion that he be allowed to file future pleadings in this Court via the ECF system.

1. Filing pleadings electronically would be much faster, much more efficient, and much more cost effective than having to do it through the mail.

2. Therefore, Petitioner asks that he be given permission to conduct future filings via the ECF system, to save both Petitioner, and the Court, the man-hours of doing filings the old-fashioned way.

3. So requested on this, the 23rd day of December, 2014.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com



David A. Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601

U.S. Court of Appeals
1100 East Main Street,
Suite 501,
Richmond, VA 23219