UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 30, 2014

_____

RULE 45 NOTICE-AMENDED PETITION/CERTIFICATE
_____

No. 14-2409,   In re: David Stebbins
               1:14-cv-00961-CMH-TCB

TO:   David A. Stebbins

**AMENDED PETITION/CERTIFICATE DUE:** 01/14/2015

The court has not received your amended petition/certificate complying with the requirements outlined in the court's prior notice, as outlined below. Please take notice that the court will dismiss this case for failure to prosecute pursuant to Local Rule 45 unless the amended petition/certificate and a motion for leave to file out of time are received in the clerk's office, or the default is otherwise remedied, within 15 days of the date of this notice.

---

[ ] Amended petition or certificate of service on all parties to the action in the trial court required.

---

[ x ] Amended petition or certificate of service on trial court judge required.

---

[ ] Amended petition not in excess of 30-page limit of FRAP 21(d) or motion to exceed page limitations required.

---

Cathy Tyree Herb, Deputy Clerk
804-916-2702