FILED: December 30, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2409
(1:14-cv-00961-CMH-TCB)

_____

In re: DAVID A. STEBBINS

    Petitioner

_____

O R D E R

_____

    Petitioner has filed a motion for leave to file documents in electronic form using the court's CM/ECF system. The court grants petitioner leave to file documents in electronic form in this case in accordance with the provisions of Local Rule 25(a).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk