IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

Case No. 14-2409

_____

|                          |   |                    |
|--------------------------|---|--------------------|
| in re DAVID STEBBINS     | ) | On petition for writ |
| Petitioner               | ) | of mandamus        |
|                          | ) |                    |

### CERTIFICATE OF SERVICE

1.      Comes now, *pro se* Petitioner David Stebbins, who hereby submits the following

Certificate of Service.

2.      I hereby certify, under penalty of perjury, that, on the 31st day of December, 2014, I

mailed a copy of the Petition for Writ of Mandamus to the address of …

U.S. District Court
ATTN: Claude M. Hilton
401 Courthouse Square
Alexandria, VA 22314

3.      I apologize for the infraction.  I was not aware that the 4th Circuit expected the Petitioner

to serve the District Court.  Here in the 8th Circuit, when I petition for a writ of mandamus to end

district court procrastination, I am accustomed to the Court using its ECF system to email a copy

thereof to the District Judge who is the respondent.

4.      Now I know.  I do not expect this infraction to happen again.

5.      So certified on this, the 31st day of December, 2014.

 */s/ David A. Stebbins*
David Stebbins
123. W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com