IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

Case No. 14-2409

_____

| | | |
|---|---|---|
| in re DAVID STEBBINS | ) | On petition for writ |
| Petitioner | ) | of mandamus |
| | ) | |

## CERTIFICATE OF SERVICE

1. Comes now, *pro se* Petitioner David Stebbins, who hereby submits the following Certificate of Service.

2. I hereby certify, under penalty of perjury, that, on the 31st day of December, 2014, I mailed a copy of the Petition for Writ of Mandamus to the address of …

> U.S. District Court
> ATTN: Claude M. Hilton
> 401 Courthouse Square
> Alexandria, VA 22314

3. I apologize for the infraction. I was not aware that the 4th Circuit expected the Petitioner to serve the District Court. Here in the 8th Circuit, when I petition for a writ of mandamus to end district court procrastination, I am accustomed to the Court using its ECF system to email a copy thereof to the District Judge who is the respondent.

4. Now I know. I do not expect this infraction to happen again.

5. So certified on this, the 31st day of December, 2014.

*/s/ David A. Stebbins*
David Stebbins
123. W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com