FILED: April 27, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2409
(1:14-cv-00961-CMH-TCB)
(1:14-cv-01267-CMH-TCB)
_____

In re: DAVID A. STEBBINS

    Petitioner

_____

J U D G M E N T
_____

In accordance with the decision of this court, the petition for writ of mandamus is denied.

/s/ PATRICIA S. CONNOR, CLERK